C. J. BEHREND v. MRS. C. RIVIERE, Wife of R. A. MAUREL.

APPEAL from the Second District Court of New Orleans, *Bermudez*, J. *M. M. Cohen*, for appellee. *G. LeGardeur*, for appellant.

HOWELL, J. The defendant has appealed from an order of seizure and sale, issued upon a note and act of mortgage, in due form ; the latter containing the pact de non alienando, and a recital of the endorsement by the payer, which is an authentic acknowledgment of the transfer.

The appellant has filed no brief, nor suggested any error in the proceedings.

The appeal seems to have been taken for delay.

Judgment affirmed, with costs.

---

FRANK O. TAYLOR v. SAMUEL McCONNELL & Co,

APPEAL from the Sixth District Court of New Orleans, *Duplantier*, J. *C. Roselius*, for appellee. *J. N. Lea*, for appellant.

HOWELL, J. This is an action against the acceptors of a draft, to which there is a special defence set up, but no evidence introduced in support thereof, although the case was twice tried in the lower Court.

No error in the judgment is suggested in this Court, and we can discover no grounds of complaint on the part of the appellants. The judgment is fully sustained by the proof.

It is therefore ordered, that the judgment appealed from be affirmed, with costs.